# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:20−cv−00179−LPS

| | |
|---|---|
| In re Pareteum Corporation Stockholder Derivative Litigation | Date Filed: 02/05/2020 |
| Assigned to: Judge Leonard P. Stark | Date Terminated: 08/07/2020 |
| Member cases: | Jury Demand: Plaintiff |
|   1:20−cv−00212−LPS | Nature of Suit: 850 Securities/Commodities |
|   1:20−cv−00230−LPS | Jurisdiction: Federal Question |
| Related Cases: 1:20−cv−00230−LPS | |
|                 1:20−cv−00212−LPS | |
| Cause: 15:78m(a) Securities Exchange Act | |

**Plaintiff**

**Brad Linton**
*Derivatively on Behalf of Nominal Defendant Pareteum Corporation*

represented by **Brian E. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777−0300
Fax: (302) 777−0301
Email: bfarnan@farnanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
302−777−0338
Fax: 302−421−5870
Email: mfarnan@farnanlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Hayes**
*derivatively on behalf of Pareteum Corporation*

represented by **Blake A. Bennett**
Cooch and Taylor
The Brandywine Building
1000 N. West Street, 10th Floor
Wilmington, DE 19801
302−984−3889
Email: bbennett@coochtaylor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian E. Farnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Juanita Silvera** <br> *derivatively on behalf of Pareteum Corporation* | represented by | **Blake A. Bennett** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Brian E. Farnan** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Robert H. Turner** | represented by | **Seth Jason Reidenberg** <br> Tybout, Redfearn & Pell <br> 750 Shipyard Drive, Suite 400 <br> P.O. Box 2092 <br> Wilmington, DE 19899–2092 <br> (302) 658–6901 <br> Fax: (302) 658–4018 <br> Email: sreidenberg@trplaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Edward O'Donnell** | represented by | **Seth Jason Reidenberg** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Denis McCarthy** | represented by | **Seth Jason Reidenberg** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Laura Thomas** | represented by | **Seth Jason Reidenberg** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Victor Bozzo** | represented by | **Seth Jason Reidenberg** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Luis Jimenez–Tunon** | represented by | |

|   |   | **Seth Jason Reidenberg** |
|---|---|---|
|   |   | (See above for address) |
|   |   | *LEAD ATTORNEY* |
|   |   | *ATTORNEY TO BE NOTICED* |

**Defendant**

**Robert Lippert**      represented by    **Seth Jason Reidenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yves Van Sante**      represented by    **Seth Jason Reidenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rob Mumby**      represented by    **Seth Jason Reidenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nominal Defendant**

**Pareteum Corporation**      represented by    **Seth Jason Reidenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2020 | Ï 1 | Shareholder Derivative COMPLAINT filed with Jury Demand against Victor Bozzo, Luis Jimenez–Tunon, Robert Lippert, Denis McCarthy, Edward O'Donnell, Pareteum Corporation, Laura Thomas, Robert H. Turner, Yves Van Sante – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311–2844990.) – filed by Brad Linton. (Attachments: # 1 Verification, # 2 Civil Cover Sheet)(kmd) (Entered: 02/05/2020) |
| 02/05/2020 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (kmd) (Entered: 02/05/2020) |
| 02/05/2020 | Ï | Summons Issued with Magistrate Consent Notice attached as to Pareteum Corporation on 2/5/2020. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302–573–6170 and ask the Clerk to mail the summons to them. (kmd) (Entered: 02/05/2020) |
| 02/12/2020 | Ï | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. (rjb) (Entered: 02/12/2020) |
| 03/10/2020 | Ï 3 | NOTICE of Appearance by Seth Jason Reidenberg on behalf of Pareteum Corporation (Reidenberg, Seth) (Entered: 03/10/2020) |
| 03/12/2020 | Ï 4 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Pareteum Corporation. (Reidenberg, Seth) (Entered: 03/12/2020) |

| | | |
|---|---|---|
| 03/13/2020 | Ï 5 | NOTICE of Appearance by Seth Jason Reidenberg on behalf of All Defendants (Reidenberg, Seth) (Entered: 03/13/2020) |
| 03/13/2020 | Ï 6 | MOTION to Transfer Case to United States District Court for the Southern District of New York – filed by Victor Bozzo, Luis Jimenez–Tunon, Robert Lippert, Denis McCarthy, Edward O'Donnell, Pareteum Corporation, Laura Thomas, Robert H. Turner, Yves Van Sante. (Reidenberg, Seth) (Entered: 03/13/2020) |
| 03/13/2020 | Ï 7 | OPENING BRIEF in Support re 6 MOTION to Transfer Case to United States District Court for the Southern District of New York *Memorandum of Law in Support of Defendants' Motion to Transfer Venue Under 28 U.S.C. Sec. 1404(A)* filed by Victor Bozzo, Luis Jimenez–Tunon, Robert Lippert, Denis McCarthy, Edward O'Donnell, Pareteum Corporation, Laura Thomas, Robert H. Turner, Yves Van Sante.Answering Brief/Response due date per Local Rules is 3/27/2020. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4)(Reidenberg, Seth) (Entered: 03/13/2020) |
| 03/27/2020 | Ï 8 | STIPULATION TO EXTEND TIME for Plaintiff to respond to the Motion to Transfer to 4/3/2020 – filed by Brad Linton. (Farnan, Brian) (Entered: 03/27/2020) |
| 04/01/2020 | Ï | SO ORDERED, re 8 STIPULATION TO EXTEND TIME for Plaintiff to respond to the Motion to Transfer to 4/3/2020 filed by Brad Linton. Signed by Judge Leonard P. Stark on 3/31/20. (ntl) (Entered: 04/01/2020) |
| 04/03/2020 | Ï 9 | STIPULATION and [Proposed] Order to Consolidate Related Cases and Extend Time to Respond to Defendants' Motions to Transfer and Plaintiffs' Complaints by Brad Linton. (Farnan, Brian) (Entered: 04/03/2020) |
| 04/13/2020 | Ï | SO ORDERED, re (9 in 1:20–cv–00179–LPS, 8 in 1:20–cv–00230–LPS, 8 in 1:20–cv–00212–LPS) STIPULATION and Order to Consolidate Related Cases and Extend Time to Respond to Defendants' Motions to Transfer and Plaintiffs' Complaints. Signed by Judge Leonard P. Stark on 4/7/20. Associated Cases: 1:20–cv–00179–LPS, 1:20–cv–00212–LPS, 1:20–cv–00230–LPS(ntl) (Entered: 04/13/2020) |
| 05/04/2020 | Ï 10 | ANSWERING BRIEF in Opposition re 6 MOTION to Transfer Case to United States District Court for the Southern District of New York filed by Edward Hayes, Brad Linton, Juanita Silvera.Reply Brief due date per Local Rules is 5/11/2020. (Farnan, Brian) (Entered: 05/04/2020) |
| 05/13/2020 | Ï 11 | First REPLY to Response to Motion re 6 MOTION to Transfer Case to United States District Court for the Southern District of New York, 8 STIPULATION TO EXTEND TIME for Plaintiff to respond to the Motion to Transfer to 4/3/2020 filed by Robert H. Turner. (Reidenberg, Seth) (Entered: 05/13/2020) |
| 05/14/2020 | Ï 12 | REQUEST for Oral Argument by Edward Hayes, Brad Linton, Juanita Silvera re 6 MOTION to Transfer Case to United States District Court for the Southern District of New York. (Farnan, Brian) (Entered: 05/14/2020) |
| 05/27/2020 | Ï 13 | ORAL ORDER: IT IS HEREBY ORDERED that the Court will hear argument on the motion to transfer venue on July 15, 2020 beginning at 2:30 p.m. Each side will be allocated up to thirty (30) minutes to present its argument. This hearing is tentatively scheduled to be held in Courtroom 6B, and the Court is hopeful it will be able to safely be in the courtroom on the scheduled date. If this is not possible, the hearing will be held remotely via teleconference or videoconference. Regardless of how the hearing is conducted, the parties shall submit electronic versions of any slides or other demonstrative materials they may refer to by no later than 4:00 p.m. the day before the hearing. ORDERED by Judge Leonard P. Stark on 5/27/20. (ntl) (Entered: 05/27/2020) |
| 06/12/2020 | Ï 14 | MOTION for Pro Hac Vice Appearance of Attorney Brian D. Schmalzbach, Esquire – filed by Pareteum Corporation. (Reidenberg, Seth) (Entered: 06/12/2020) |

| | | |
|---|---|---|
| 06/12/2020 | 15 | Letter to The Honorable Leonard P. Stark from Seth J. Reidenberg, Esquire regarding Requesting an alternate date for the Motion to Transfer Venue Hearing on July 15, 2020 – re 13 Order,,, Set Hearings,,. (Attachments: # 1 Exhibit Judge Hellerstein's most recent Order)(Reidenberg, Seth) (Entered: 06/12/2020) |
| 06/15/2020 | | SO ORDERED, re 14 MOTION for Pro Hac Vice Appearance of Attorney Brian D. Schmalzbach, Esquire filed by Pareteum Corporation. Signed by Judge Leonard P. Stark on 6/15/20. (ntl) (Entered: 06/15/2020) |
| 06/16/2020 | 16 | ORAL ORDER: IT IS HEREBY ORDERED that the oral argument scheduled for July 15 is RESCHEDULED and will now be held on July 20 beginning at 3:30 p.m. The hearing will be held by teleconference. The parties can access the teleconference by dialing 877−336−1829 and using the access code 1408971. ORDERED by Judge Leonard P. Stark on 6/16/20. (ntl) (Entered: 06/16/2020) |
| 07/07/2020 | 17 | Letter to Chief Judge Leonard P. Stark from Seth J. Reidenberg regarding update on case transferred to USDC, SDNY. (Attachments: # 1 Exhibit Exhibit A to Letter to Judge Leonard P. Stark, # 2 Exhibit Exhibit B to Letter to Judge Leonard P. Stark, # 3 Exhibit Exhibit C to Letter to Judge Leonard P. Stark)(Culley, David) (Entered: 07/07/2020) |
| 07/09/2020 | 18 | Letter to The Honorable Leonard P. Stark from Brian E. Farnan regarding Response to Defendants' July 7, 2020 Letter – re 17 Letter,. (Farnan, Brian) (Entered: 07/09/2020) |
| 07/15/2020 | 19 | ORAL ORDER: IT IS HEREBY ORDERED that the Argument by Telephone Conference scheduled for July 20, 2020 will begin at 4:45 PM. ORDERED by Judge Leonard P. Stark on 7/15/20. (ntl) (Entered: 07/15/2020) |
| 07/17/2020 | 20 | Letter to Judge Leonard P. Stark from Seth J. Reidenberg, Esq. regarding Motion to Transfer – re 6 MOTION to Transfer Case to United States District Court for the Southern District of New York. (Reidenberg, Seth) (Entered: 07/17/2020) |
| 07/17/2020 | 21 | MOTION for Pro Hac Vice Appearance of Attorney W. Scott Holleman – filed by Edward Hayes, Brad Linton, Juanita Silvera. (Farnan, Brian) (Entered: 07/17/2020) |
| 07/20/2020 | | SO ORDERED, re 21 MOTION for Pro Hac Vice Appearance of Attorney W. Scott Holleman filed by Juanita Silvera, Brad Linton, Edward Hayes. Signed by Judge Leonard P. Stark on 7/20/20. (ntl) (Entered: 07/20/2020) |
| 07/20/2020 | | Minute Entry for proceedings held before Judge Leonard P. Stark – Telephone Conference held on 7/20/2020. (Court Reporter B. Gaffigan.) (ntl) (Entered: 07/21/2020) |
| 07/22/2020 | 22 | ORAL ORDER: For the reasons stated during the July 20 teleconference, IT IS HEREBY ORDERED that the Motions to Transfer (C.A. No. 20−179−LPS D.I. 6; C.A. No. 20−212−LPS D.I. 6; C.A. No. 20−230−LPS D.I. 6) are GRANTED, and these cases are TRANSFERRED to the United States District Court for the Southern District of New York. ORDERED by Judge Leonard P. Stark on 7/22/20. Associated Cases: 1:20−cv−00179−LPS, 1:20−cv−00212−LPS, 1:20−cv−00230−LPS (ntl) (Entered: 07/22/2020) |
| 07/26/2020 | 23 | Official Transcript of Telephonic Oral Argument held on July 20, 2020 before Chief Judge Leonard P. Stark. Court Reporter Brian Gaffigan, e−mail: gaffigan@verizon.net. Transcript may be viewed at the court public terminal or ordered/purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 8/17/2020. Redacted Transcript Deadline set for 8/26/2020. Release of Transcript Restriction set for 10/26/2020. (bpg) (Entered: 07/26/2020) |
| 08/07/2020 | | Case electronically transferred to Southern District of New York. Associated Cases: 1:20−cv−00179−LPS, 1:20−cv−00212−LPS, 1:20−cv−00230−LPS (ntl) (Entered: 08/07/2020) |