UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                   :

IN RE: PARETEUM CORPORATION      :   **ORDER**
STOCKHOLDER DERIVATIVE LITIGATION :

                                                                   :   20 Civ. 6272 (AKH)
                                                                   :   20 Civ. 6264 (AKH)
                                                                   :   20 Civ. 6269 (AKH)

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       With *In re Pareteum Corporation Derivative Litigation*, 20 Civ. 359, and *Michael Shaw v. Luis Jimenez-Tunon*, *et al*., 20 Civ. 740, having been voluntarily dismissed, previously appointed lead counsel Thomas McKenna will no longer act as lead counsel. Lead counsel shall be appointed for the three derivative cases transferred to me from the District of Delaware, namely, *In re Pareteum Corporation Stockholder Derivative Litigation*, 20 Civ. 6264; *Hayes v. Turner et al*, 20 Civ. 6269, and *Silvera v. Turner et al,* 20 Civ. 6272. The Court intends to appoint one counsel for all three cases and to assure that counsel does not duplicate or interfere with the class actions. The applications for position of lead counsel shall be filed on or before December 21, 2020, and a hearing, if necessary, will be scheduled thereafter.

       SO ORDERED.

Dated:     December 8, 2020                                  /s/
              New York, New York                 ALVIN K. HELLERSTEIN
                                                        United States District Judge