UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: PARETEUM CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Civil Action No.: 1:20-cv-06264-AKH<br><br>**STIPULATION AND ORDER APPOINTING LEAD COUNSEL AND RELATED MATTERS** |

WHEREAS, on February 5, 2020, February 13, 2020, and February 18, 2020, stockholders Brad Linton, Edward Hayes, and Juanita Silveria (collectively, the "Plaintiffs"), respectively, filed verified shareholder derivative complaints in the United States District Court for the District of Delaware (the "Actions") against defendants Robert H. Turner, Edward O'Donnell, Denis McCarthy, Laura Thomas, Victor Bozzo, Luis Jimenez-Tuñon, Robert Lippert, Yves van Sante, and Rob Mumby (the "Individual Defendants") and Pareteum Corporation ("Pareteum" or "Nominal Defendant," and together with Individual Defendants, the "Defendants");

WHEREAS, on March 13, 2020, Defendants filed a motion in each of the Actions seeking to transfer the Actions to the United States District Court for the Southern District of New York (the "Southern District of New York");

WHEREAS, on April 3, 2020, the parties filed a Stipulation and [Proposed] Order to Consolidate Related Cases and Extend Time to Respond to Defendants' Motions to Transfer and Plaintiffs' Complaints (D.E. 9);

WHEREAS, on April 13, 2020, the Honorable Leonard P. Stark so ordered the parties' Stipulation and [Proposed] Order to Consolidate Related Cases and Extend Time to Respond to

Defendants' Motions to Transfer and Plaintiffs' Complaints, resulting in the consolidation of the Actions (the "Consolidated Action");

WHEREAS, on July 22, 2020, Judge Stark ordered that the Consolidated Action be transferred to the Southern District of New York;

WHEREAS, on August 7, 2020, the Consolidated Action was electronically transferred to the Southern District of New York;

WHEREAS, Plaintiffs in the Consolidated Action agree that the administration of justice would be best served by appointing Lead Counsel as set forth herein;

WHEREAS, defendants take no position on the appointment of lead counsel;

WHEREAS, it is the intent of Plaintiffs to file a consolidated complaint; and

WHEREAS, this stipulation is not a waiver of any of the parties' rights, remedies, claims, or defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and upon approval and entry by the Court shall be ORDERED, as follows:

1. The following law firm is designated Lead Counsel for Plaintiffs in the Consolidated Action:

> Glancy Prongay & Murray LLP
> 712 Fifth Avenue
> New York, New York 10019
> Telephone: (212) 935-7400

2. Defendants take no position on the appointment of lead counsel for Plaintiffs and reserve all rights to challenge any Plaintiff or Plaintiffs' ability to fairly and adequately represent the interests of Pareteum or its shareholders.

3. Lead Counsel shall represent Plaintiffs in the prosecution of the Consolidated Action, determine and present to the Court and opposing parties the position of Plaintiffs on all matters arising during pretrial negotiations, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the Plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of plaintiffs' pretrial activities or authorized by further order of the Court. Defendants' counsel may rely on all agreements made with Lead Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all Plaintiffs.

4. This Stipulation and Order shall apply to each action arising out of the same transactions and occurrences and asserting derivative state law claims filed in this Court or transferred here, and Lead Counsel shall assist the Court by calling to the attention of the Court the filing or transfer of any such action, and Lead Counsel shall assure that counsel therein receive notice of this Stipulation and Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions instituted herein.

5. Defendants need not respond to any of the complaints previously filed in the Actions. The parties shall meet and confer in good faith to arrange a briefing schedule concerning the filing and service of a consolidated derivative complaint, or the designation of an operative complaint, and any responsive pleadings thereto. The parties shall propose a briefing schedule to the Court within twenty (20) days of the entry of this order.

Dated: December 21, 2020          Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

__s/ Benjamin I. Sachs-Michaels__
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

-and-

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
E-mail: rprongay@glancylaw.com

*Attorneys for Plaintiff Brad Linton*

**BRAGAR EAGEL & SQUIRE, P.C**.

_s/ W. Scott Holleman__
W. Scott Holleman
Melissa A. Fortunato
Garam Choe
885 Third Avenue
Suite 3040
New York, New York 10022
Telephone: (212) 646-9449

**HYNES & HERNANDEZ, LLC**

__s/ Michael J. Hynes__
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
Facsimile: (914) 752-3041

*Attorneys for Plaintiffs Edward Hayes and Juanita Silvera*

**MCGUIREWOODS LLP**

_s/ Stephen G. Foresta__
Stephen G. Foresta
1251 6th Ave., 20th Floor
New York, NY 10020
Telephone: (212) 548-7086
Email: sforesta@mcguirewoods.com

*Attorneys for Pareteum Corporation*

**BAKERHOSTETLER**

 */s/ Genevieve York-Erwin*
Genevieve York-Erwin
999 Third Avenue-Suite 3900
Seattle, Washington
Telephone: (206) 332-1380
Email: gyorkerwin@bakerlaw.com

Douglas W. Greene (*pro hac vice forthcoming*)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 847-7090
Email: dgreene@bakerlaw.com

Chardaie Charlemagne
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: (415) 659-2662
Email: ccharlemagne@bakerlaw.com

*Attorneys for the Individual Defendants*

**IT IS SO ORDERED** this __22__ day of ___December____, 2020.

                                          ____/s/_____
                                          Hon. Alvin K. Hellerstein, U.S.D.J.