UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

In re: PARETEUM CORPORATION
STOCKHOLDER DERIVATIVE
LITIGATION,

     Plaintiff,

  v.

EDWARD O'DONNELL, DENIS
McCARTHY, et al.,

     Defendants.

**ORDER**

Case No. 1:20-CV-06264(AKH)

------------------------------- x

# ORDER GRANTING WITHDRAWAL OF APPEARANCE OF CHARDAIE C. CHARLEMAGNE, GENEVIEVE YORK-ERWIN, ERICA A, BARROW and JONATHAN FORMAN

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declarations of Chardaie C. Charlemagne, Genevieve York-Erwin, Erica A. Barrow and Jonathan Forman, all of Baker & Hostetler LLP, are hereby withdrawn as counsel for Defendants Laura Thomas. Robert Lippert and Luis Jimenez-Tunon.

**SO, ORDERED**

 /s/ Alvin K. Hellerstein
_____
   U.S.D.J.

April 1, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: PARETEUM CORPORATION STOCKHOLDER DERIVATIVE LITIGATION, | Case No. 1:20-CV-06264(AKH) |
| Plaintiff, | |
| v. | **DECLARATION OF CHARDAIE C. CHARLEMAGNE** |
| EDWARD O'DONNELL, DENIS McCARTHY, et al., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Chardaie C. Charlemagne, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an associate with the law firm of Baker & Hostetler LLP, attorneys for Defendants Laura Thomas, Robert Lippert and Luis Jmenez-Tunon in this case. I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Chardaie C. Charlemagne.

2. Ms. Thomas, Mr. Robert Lippert and Mr. Luis Jimenez-Tunon have been informed of my withdrawal as counsel, and do not oppose the withdrawal.

3. On February 5, 2020, Shareholder Derivative Complaint was filed in USDC-Delaware (ECF No. 1), On March 13, 2020, Defendants filed a Motion to Transfer Case to Southern District of New York, (ECF No. 6). On July 22, 2020, Judge Leonard Stark Ordered the case to be transferred to SDNY (ECF. No. 22). On August 10, 2020, the case was transferred to SDNY (ECF. No. 24). On January 13, 2021, the case was stayed. On January 19, 2022, a Stipulation and Order Regarding Extension of Stay of Case for 90 days (ECF No. 44) was entered on the SDNY case docket.

4. Defendant's counsel Seth Jason Reidenberg of Tybout Redfearn & Pell and James Goldfarb, Jonah Hecht and Michael Rella of Murphy & McGonigle PC will continue to represent these Defendants in this case. (ECF Nos. 5, 45,46 and 47.) I am no longer representing these Defendants in this action.

5. I am not asserting a retaining or charging lien in this action.

Respectfully submitted,

_____
BAKER HOSTETLER LLP
Chardaie C. Charlemagne

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: PARETEUM CORPORATION STOCKHOLDER DERIVATIVE LITIGATION,<br><br>                      Plaintiff,<br><br>    v.<br><br>EDWARD O'DONNELL, DENIS McCARTHY, et al.,<br><br>                      Defendants. | Case No. 1:20-CV-06264(AKH)<br><br>**DECLARATION OF GENEVIEVE YORK-ERWIN** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, Genevieve York-Erwin, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner with the law firm of Baker & Hostetler LLP, attorneys for Defendants Laura Thomas, Robert Lippert and Luis Jmenez-Tunon in this case. I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Genevieve York-Erwin.

2. Ms. Thomas, Mr. Robert Lippert and Mr. Luis Jimenez-Tunon have been informed of my withdrawal as counsel, and do not oppose the withdrawal.

3. On February 5, 2020, Shareholder Derivative Complaint was filed in USDC-Delaware (ECF No. 1), On March 13, 2020, Defendants filed a Motion to Transfer Case to Southern District of New York, (ECF No. 6). On July 22, 2020, Judge Leonard Stark Ordered the case to be transferred to SDNY (ECF. No. 22). On August 10, 2020, the case was transferred to SDNY (ECF. No. 24). On January 13, 2021, the case was stayed. On January 19, 2022, a Stipulation and Order Regarding Extension of Stay of Case for 90 days (ECF No. 44) was entered on the SDNY case docket.

4. Defendant's counsel Seth Jason Reidenberg of Tybout Redfearn & Pell and James Goldfarb, Jonah Hecht and Michael Rella of Murphy & McGonigle PC will continue to represent these Defendants in this case. (ECF Nos. 5, 45, 46 and 47.) I am no longer representing these Defendants in this action.

5. I am not asserting a retaining or charging lien in this action.

          Respectfully submitted,

          */s/ Genevieve York-Erwin*
          _____
          BAKER HOSTETLER LLP
          Genevieve York-Erwin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re: PARETEUM CORPORATION
STOCKHOLDER DERIVATIVE
LITIGATION,

      Plaintiff,

v.

EDWARD O'DONNELL, DENIS
McCARTHY, et al.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:20-CV-06264(AKH)

**DECLARATION OF ERICA A. BARROW**

  I, Erica A. Barrow, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a associate with the law firm of Baker & Hostetler LLP, attorneys for Defendants Laura Thomas, Robert Lippert and Luis Jmenez-Tunon in this case. I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Erica A. Barrow.

2. Ms. Thomas, Mr. Robert Lippert and Mr. Luis Jimenez-Tunon have been informed of my withdrawal as counsel, and do not oppose the withdrawal.

3. On February 5, 2020, Shareholder Derivative Complaint was filed in USDC-Delaware (ECF No. 1), On March 13, 2020, Defendants filed a Motion to Transfer Case to Southern District of New York, (ECF No. 6). On July 22, 2020, Judge Leonard Stark Ordered the case to be transferred to SDNY (ECF. No. 22). On August 10, 2020, the case was transferred to SDNY (ECF. No. 24). On January 13, 2021, the case was stayed. On January 19, 2022, a Stipulation and Order Regarding Extension of Stay of Case for 90 days (ECF No. 44) was entered on the SDNY case docket.

4. Defendant's counsel Seth Jason Reidenberg of Tybout Redfearn & Pell and James Goldfarb, Jonah Hecht and Michael Rella of Murphy & McGonigle PC will continue to represent these Defendants in this case. (ECF Nos. 5, 45,46 and 47.) I am no longer representing these Defendants in this action.

5. I am not asserting a retaining or charging lien in this action.

                        Respectfully submitted,

                        */s/ Erica A. Barrow*
                        BAKER HOSTETLER LLP
                        Erica A. Barrow

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

In re: PARETEUM CORPORATION STOCKHOLDER DERIVATIVE LITIGATION,

              Plaintiff,

      v.

EDWARD O'DONNELL, DENIS McCARTHY, et al.,

              Defendants.

------------------------------------ x

Case No. 1:20-CV-06264(AKH)

**DECLARATION OF JONATHAN A. FORMAN**

I, Jonathan A. Forman, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner with the law firm of Baker & Hostetler LLP, attorneys for Defendants Laura Thomas, Robert Lippert and Luis Jimenez-Tunon in this case. I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Jonathan A. Forman.

2. Ms. Thomas, Mr. Robert Lippert and Mr. Jimenez-Tunon have been informed of my withdrawal as counsel, and do not oppose the withdrawal.

3. On February 5, 2020, Shareholder Derivative Complaint was filed in USDC-Delaware (ECF No. 1), On March 13, 2020, Defendants filed a Motion to Transfer Case to Southern District of New York, (ECF No. 6). On July 22, 2020, Judge Leonard Stark Ordered the case to be transferred to SDNY (ECF. No. 22). On August 10, 2020, the case was transferred to SDNY (ECF. No. 24). On January 13, 2021, the case was stayed. On January 19, 2022, a Stipulation and Order Regarding Extension of Stay of Case for 90 days (ECF No. 44) was entered on the SDNY case docket.

4. Defendant's counsel Seth Jason Reidenberg of Tybout Redfearn & Pell and James Goldfarb, Jonah Hecht and Michael Rella of Murphy & McGonigle PC will continue to represent these Defendants in this case. (ECF Nos. 5, 45, 46 and 47.) I am no longer representing these Defendants in this action.

5. I am not asserting a retaining or charging lien in this action.

                                            Respectfully submitted,

                                            _____
                                            BAKER HOSTETLER LLP
                                            Jonathan A. Forman